**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No.  14-cv-03278-WJM

ALEX H. DORFMAN,

    Plaintiff,

v.

CAROLYN W. COLVIN, Commissioner of Social Security,

    Defendant.

## FINAL JUDGMENT

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order Vacating and Remanding Decision of the Commissioner of Social Security, entered by the Honorable William J. Martínez, United States District Judge, on August 28, 2015,

IT IS ORDERED that the Commissioner's decision is reversed and this case is remanded to the Commissioner for further proceedings consistent with the Order (Doc No. 21).

Dated at Denver, Colorado this 31st day of August, 2015.

                BY THE COURT:
                JEFFREY P. COLWELL, CLERK

                By:  s/Deborah Hansen
                Deborah Hansen, Deputy Clerk